# Court of Appeals
## Tenth Appellate District of Texas

10-25-00053-CR
10-25-00054-CR

Paul David Mason,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
54th District Court of McLennan County, Texas
Judge Susan N. Kelly, presiding
Trial Court Cause No. 2022-1414-C2

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Paul David Mason attempts to appeal convictions for possession of a controlled substance (Cause No. 10-25-00053-CR) and possession of a controlled substance with the intent to deliver (Cause No. 10-25-00054-CR). In each case, the certification of the defendant's right to appeal signed by the trial court indicates that "the defendant has waived the right to appeal." Interlineated next to that line by the trial court is "A plea of guilty to Court for

punishment." The clerk's record contains waivers of appeal signed by Mason, Mason's trial counsel, and the trial court.

The trial court must file a certification clarifying the defendant's right of appeal, and unless "a certification that shows the defendant has the right of appeal has . . . been made part of the record," we "must" dismiss the appeal. TEX. R. APP. P. 25.2(a)(2), (d). Because the trial court's certifications of the defendant's right of appeal indicate that Mason has waived the right to appeal in both cases, these appeals must be dismissed. *See* TEX. R. APP. P. 25.2(d); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

Accordingly, these appeals are dismissed.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  August 7, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Dismissed
Do not publish
CRPM

